UNITED STATES DISTRICT COURT
For The Eastern DISTRICT OF Virginia
_____ DIVISION

UNITED STATES OF AMERICA,               )
                                         )
   Plaintiff - Respondent,               )   USDC Case No: 4:11cr89-013
                                         )
                                         )
   vs.                                   )
                                         )
                                         )
   Kenneth Jones                      ,  )   Hon. Mark S. Davis
                                         )        United States District Judge
   Defendant - Petitioner.               )

## PRO SE MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

(Retroactive Guideline Amendment 782)

I hereby respectfully request a modification or reduction of my sentence pursuant to 18 U.S.C. §3582(c)(2) and the new guideline amendment 782 to the United States Sentencing Guidelines, which make a reduction in the base offense level for most drug offenses retroactive as of November 1, 2014.

In support of my motion, I state as follows:

1. I am currently serving a federal term of imprisonment.

2. My sentence was based, at least in part on drugs ___Yes___ (Yes/No)

3. I was sentenced in the __Eastern__ District of __Virginia__ by Judge __Mark S. Davis__ on __9-04-2012__ (date) to a term of __235__ months in prison. My total offense level was __33__ and my criminal history category was __6__.

4. My projected release date is __05-23-2030__.

6. I hereby request a court appointed attorney __Yes__ (Yes/No) and permission to proceed in forma pauperis.

Signature of Petitioner __Kenneth Jones__ Date: __4-29-15__

Print or Typed Name: __Kenneth Jones__ Reg. No. __79260-083__

Current Address: __USP Canaan P.O. Box 300 Waymart, PA 18472__

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was sent via postage prepaid United States Mail to the Office of the U.S. Attorney for the __Eastern__ District of __Virginia__ this ____ day of _____, 2014.

Signature: __Kenneth Jones__

Kenneth Jones 79260-083
USP Canaan
P.O. Box 300
Waymart, PA 18472

U.S. MARSHALS
INSPECTED

Clerk's Office
United States District Court
Eastern District of Virginia
600 Granby Street
Norfolk, Virginia 23510

LEHIGH VALLEY PA 180
30 APR 2015 PM 2 L

Legal Mail

